UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MALIK MUHAMMAD, 96-A-3015,

                Plaintiff,

                                        ORDER
    v.                                    08-CV-473A

LESTER WRIGHT, et al.,

                Defendants.

---

The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On May 25, 2010, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that plaintiff's motion for a preliminary injunction be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff's motion for a preliminary injunction is denied. The case is referred back to Magistrate Judge Schroeder for further proceedings.

SO ORDERED.

                                          *s/ Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT JUDGE

DATED: June 15, 2010