UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MALIK MUHAMMAD, 96-A-3015,

                    Plaintiff,

     v.                                         ORDER
                                           08-CV-473A

LESTER WRIGHT, et al.,

                    Defendant.

_____

        This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1). On February 23, 2011, defendants filed a motion for summary judgment. On September 6, 2011, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendants' motion for summary judgment be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendants' motion for summary judgment is granted. The Clerk of Court shall close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: September 26, 2011